JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAZAR L. ROMERO,<br><br>              Plaintiff,<br><br>   v.<br><br>AMERICA'S WHOLESALE LENDER, a New York Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC c/o COUNTRYWIDE HOME LOANS, INC.; RECONTRUST COMPANY, a California Company; Does 1 through 50, inclusive,<br><br>              Defendants. | Case No. EDCV 09-574-VAP (CWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

    The Court orders that such judgment be entered.

Dated: April 17, 2009

                                                VIRGINIA A. PHILLIPS
                                            United States District Judge